IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN W. TISDALE, JR., et al., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:17-cv-00613-WKW-DAB |
| | ) |
| THE CITY OF ANDALUSIA, ALABAMA, | ) |
| | ) |
| Defendant. | ) |

**MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

Pursuant to Rule 12(b)(1) and -(6) of the Federal Rules of Civil Procedure, the City of Andalusia, Alabama, moves to dismiss the Amended Complaint, (Doc. 2), for lack of subject matter jurisdiction and for failure to state a claim upon which relief can be granted. In the alternative, the City also moves for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure.

**s/ James H. Pike**
James H. Pike  (ASB-5168-P63J)
SHEALY, CRUM & PIKE, P.C.
P.O. Box 6346
Dothan, Alabama  36302-6346
Tel. (334) 677-3000
Fax (334) 677-0030
Email: jpike@scplaw.us

Attorney for Defendant
The City of Andalusia, Alabama

## **CERTIFICATE OF SERVICE**

    I, James H. Pike, certify that on October 11, 2017, I electronically served this document, via the CM/ECF system, upon:

Christopher E Sanspree
SANSPREE LAW FIRM, P.C.
603 Martha Avenue
Montgomery, Alabama  36104

                                        **s/ James H. Pike**
                                        James H. Pike