IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JOHN W. TISDALE, JR., et al.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 2:17-cv-00613-WKW-DAB |
| | ) |
| **THE CITY OF ANDALUSIA, ALABAMA,** | ) |
| | ) |
| **Defendant.** | ) |

## STIPULATION

Plaintiffs John W. Tisdale, Jr. and Tisdale Families Properties, Inc., and defendant the City of Andalusia, Alabama, stipulate that the motion for a preliminary injunction, (Doc. 7), is moot at this time because the abatements were completed by October 1, 2017, and the Court may deny the motion without prejudice. The parties further stipulate that the Court may cancel the hearing scheduled for October 25, 2017, (Doc. 16).

Christopher E. Sanspree certifies that he has the express consent of James H. Pike to affix his electronic signature to this document.

**s/ Christopher E. Sanspree**
Christopher E. Sanspree (SAN048)
SANSPREE LAW FIRM, P.C.
603 Martha Street
Montgomery, Alabama  36104
Tel. (334) 262-1001
Fax (334) 262-1001
Email: chris.sanspree@sanspreelaw.com

Attorney for Plaintiff
Tisdale Family Properties, Inc.

1

                                      **s/ James H. Pike**
                                      James H. Pike  (ASB-5168-P63J)
                                      SHEALY, CRUM & PIKE, P.C.
                                      P.O. Box 6346
                                      Dothan, Alabama  36302-6346
                                      Tel. (334) 677-3000
                                      Fax (334) 677-0030
                                      Email: jpike@scplaw.us

                                      Attorney for Defendant
                                      The City of Andalusia, Alabama

## **CERTIFICATE OF SERVICE**

    I, Christopher E. Sanspree, certify that on October 13, 2017, I electronically served this document, via the CM/ECF system, upon:

James H. Pike
SHEALY, CRUM & PIKE, P.C.
P.O. Box 6346
Dothan, Alabama  36302-6346

                                    **s/ Christopher E. Sanspree**
                                      Christopher E. Sanspree