# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | |
|---|---|
| **JOHN W, TISDALE, JR.,** ) | |
| **TISDALE FAMILY** ) | |
| **PROPERTIES, INC.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | **CASE NO. 2:17-cv-613-WKW-DAB** |
| ) | |
| **THE CITY OF ANDALUSIA,** ) | |
| **ALABAMA,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

This matter comes before the Court on the Stipulation of the parties (Doc. 29). The stipulations offered by the parties are adopted and it is **ORDERED** that Plaintiffs' motion for a preliminary injunction (Doc. 7) is **MOOT**, and the preliminary injunction hearing previously scheduled for October 25, 2017 (Doc. 16) is **CANCELLED**. Accordingly, Defendant's motion to continue the preliminary injunction hearing (Doc. 18) and Plaintiffs' motion to extend the time to file a reply in support of the motion for a preliminary injunction (Doc. 19) are both **MOOT.**

It is further **ORDERED** that Plaintiffs shall file their response to Defendant's Motion to Dismiss (Doc. 24) not later than **October 27, 2017**, and Plaintiff's shall file their reply, if any, not later than seven (7) days after the filing of the response.

**DONE** and **ORDERED** this 16th day of October, 2017.

_____
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE